```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
 3                  CASE NUMBER 97-6007-CR-MORENO
 4
     UNITED STATES OF AMERICA,
 5                                            Courtroom 13-3
                 Plaintiff,
 6                                            Miami, Florida
        vs.
 7                                            February 21, 2012
     BEAUDOUIN KETANT,
 8                                            (Pages 1 - 39)
                 Defendant.
 9
10                   RULE 35 MOTION PROCEEDINGS
            BEFORE THE HONORABLE FEDERICO A. MORENO
11            CHIEF UNITED STATES DISTRICT JUDGE
12
     APPEARANCES:
13
     FOR THE GOVERNMENT:     LYNN M. KIRKPATRICK, AUSA
14                           United States Attorney's Office
                             99 Northeast 4 Street
15                           Miami, Florida 33132
                                                   305.961.9239
16                                      Fax:   305.536.7213
17   FOR THE DEFENDANT:      RUBEN OLIVA, ESQ.
                             Rojas & Oliva
18                           15800 Pines Boulevard
                             Suite 206
19                           Pembroke Pines, Florida 33027
                                                   305.373.6868
20                                      Fax:   305-373-6768
21                           PAUL D. PETRUZZI, ESQ.
                             Alfred I. Dupont Building
22                           169 East Flagler Street
                             Suite 1241
23                           Miami, Florida 33131
                                                   305.373.6773
24                                      Fax:   305.373.3832
25
```

1   **REPORTED BY:**                **GILDA PASTOR-HERNANDEZ, RPR, FPR**
                                    Official United States Court Reporter
2                                   Wilkie D. Ferguson Jr. US Courthouse
                                    400 North Miami Avenue - Suite 13-3
3                                   Miami, Florida  33128    305.523.5118
                                    gphofficialreporter@gmail.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TABLE OF CONTENTS**

Page

Reporter's Certificate .................................... 34

**EXHIBITS**

| Exhibits Description | Marked for Identification | | Received in Evidence | |
|---|---|---|---|---|
| | Page | Line | Page | Line |

Rule 35 Motion

```
 1          (The proceedings were held in open court at 2:35 p.m.)
 2          THE COURT:  United States of American -- here's a case
 3    from the past.  United States of America versus Beaudouin
 4    Ketant, 97-6007-Criminal, originally Hurley's, but I tried it
 5    for Judge Hurley.
 6          On behalf of the Government, who do we have?
 7          MS. KIRKPATRICK:  Good afternoon, Your Honor.  Lynn
 8    Kirkpatrick on behalf of the United States.
 9          THE COURT:  On behalf of the defendant.
10          MR. OLIVA:  Good afternoon, Your Honor.  Ruben Oliva on
11    behalf of the defendant.  Also with me at counsel table is
12    Mr. Paul Petruzzi.
13          MR. PETRUZZI:  Good afternoon, Your Honor.
14          THE COURT:  Were you the original lawyer?
15          MR. PETRUZZI:  No, sir.  Mr. Oliva was.
16          THE COURT:  Okay.  Did you all get a copy -- I got a
17    copy of this letter from Mr. Edward Rene Joseph.  Do you know
18    who that is?
19          MS. KIRKPATRICK:  No, Your Honor.
20          THE COURT:  I think you should read it, because in the
21    letter he says that his sister was married to Jacques Beaudouin
22    Ketant and he's very sorry that his mother died and he
23    attributes his mother's death to Mr. Ketant.  So he sent me a
24    letter labeled Victim Impact Statement.  Since I read it, I
25    should share it with you all.  Don't you think?
```

1          MR. OLIVA:  That would be nice.

2          THE COURT:  Did you know about this?

3          MR. OLIVA:  No.

4          THE COURT:  Did you know about this?

5          MS. KIRKPATRICK:  Nor did I, Your Honor, no.

6          THE COURT:  Now you're better informed.

7          Okay.  You have read it?  It's kind of what it says,

8    right?

9          MR. OLIVA:  Yeah.  And I mean --

10         MS. KIRKPATRICK:  May I approach?

11         THE COURT:  It's a big thing, isn't it?

12         MR. OLIVA:  If it's true.

13         THE COURT:  It is true that that happened.

14         MR. OLIVA:  That my client ordered that assassination,

15   no, I don't think it is.  That that poor lady might have died,

16   yeah.

17         THE COURT:  Well, I assume people don't usually lie

18   about their mother's death, the fact that that occurred.  Whose

19   fault it is -- this is a US Army veteran.

20         Anyway, this defendant has cooperated, and I sentenced

21   him to 27 years after trial, right, or did he plead guilty?

22         MR. OLIVA:  Your Honor, the family advises that the

23   daughter in question, the daughter of the diseased, continued

24   living with Mr. Ketant for five years after that.  There is no

25   connection between her death and Mr. Jack Ketant --

1          THE COURT:  Now, in any event, did he plead guilty or

2   go to trial?

3          MS. KIRKPATRICK:  He pled guilty, Your Honor.

4          THE COURT:  Yeah, he pled guilty, but he was the most

5   culpable of the group, no?

6          MS. KIRKPATRICK:  Yes, Your Honor.

7          THE COURT:  He had a big mansion and he was a big drug

8   dealer --

9          MS. KIRKPATRICK:  Yes, Your Honor.

10          THE COURT:  -- and was connected with the chief of

11   police.  There were even arguments that the President of the

12   Haiti, Aristide, was involved in drug dealing, all this stuff.

13   I mean, it was a very interesting case, right?

14          MS. KIRKPATRICK:  It was, Your Honor.

15          THE COURT:  And you want me to reduce his sentence from

16   the 27 years I gave him to what?

17          MS. KIRKPATRICK:  Your Honor, from the 324 months,

18   we're asking for a 50 percent reduction.

19          THE COURT:  Oh, my goodness gracious.

20          MS. KIRKPATRICK:  We are, Your Honor.

21          THE COURT:  Wow.  You want to tell me why --

22          MS. KIRKPATRICK:  Of course.

23          THE COURT:  -- or you don't want to?

24          MS. KIRKPATRICK:  No, no, we are prepared.

25          THE COURT:  You agree with that I take it.

1        MR. OLIVA:  I agree with what the Government is going

2   to tell you that he cooperated on.

3        THE COURT:  Oh, you want more than 50 percent on the

4   most important drug dealer in the conspiracy.

5        MR. OLIVA:  Well, Your Honor --

6        THE COURT:  Wow.

7        MR. OLIVA:  Let's hear from her and --

8        THE COURT:  What do you think he should get?

9        MR. OLIVA:  Well, Judge, if you may recall --

10       THE COURT:  You know people got life who were less

11  involved.

12       MR. OLIVA:  But they went to trial.  This defendant

13  came to this country, immediately pled guilty, immediately

14  cooperated.  His cooperation has been extraordinary, has been

15  substantial.

16       This Court sentenced the defendant at the high end of

17  the guidelines largely in part because of arguments by the

18  Government in regard to forfeiture.  At that point, they hadn't

19  gotten any --

20       THE COURT:  I remember the photograph of his mansion.

21       MR. OLIVA:  Exactly.  And since that time, every single

22  asset that he identified has, in fact, been forfeited to the

23  United States government or the --

24       THE COURT:  Including the mansion?

25       MR. OLIVA:  Of course.

1          THE COURT:  Who has the mansion?

2          MS. KIRKPATRICK:  Well, Your Honor, my understanding in

3   speaking with our asset forfeiture AUSA is that -- and just to

4   remind the Court there was a 15 million dollar money judgment in

5   this case.

6          MR. OLIVA:  Which we agreed to.

7          THE COURT:  And he paid?

8          MS. KIRKPATRICK:  No, Your Honor.  Well, it was

9   minimally --

10         THE COURT:  What good is that money judgment?

11         MS. KIRKPATRICK:  Well, it was minimally satisfied,

12  Your Honor, but there were attempts by both our office in

13  conjunction with the Haitian government to turn, for example,

14  his home into a charitable service --

15         THE COURT:  That would be good.

16         MS. KIRKPATRICK:  -- location but they were

17  unsuccessful.

18         THE COURT:  Why?

19         MS. KIRKPATRICK:  Your Honor, I don't know the

20  specifics except that things just --

21         THE COURT:  It could be a school.

22         MS. KIRKPATRICK:  I understand that and I know that the

23  government of Haiti has been successful in turning several other

24  mansions --

25         THE COURT:  But not Ketant's.

 1          MS. KIRKPATRICK:  My understanding is --

 2          THE COURT:  Query.  I wonder why.

 3          MS. KIRKPATRICK:  Your Honor, I will say this:

 4          THE COURT:  He's still powerful.

 5          MR. OLIVA:  It's in a nice neighborhood.

 6          THE COURT:  It is in a nice neighborhood.  The

 7   neighbors don't want it, so then why doesn't he sell it?

 8          MR. OLIVA:  I think the government of Haiti owns it at

 9   this point.

10          THE COURT:  And what do they do with it?

11          MS. KIRKPATRICK:  I don't know, Your Honor.  I don't

12   know what the status is of it now.  I know that multiple other

13   mansions from other drug dealers that got prosecuted are being

14   used as government buildings after the earthquake.

15          THE COURT:  It could be an embassy, the ministry of

16   something, but this one isn't.

17          So he hasn't paid any money, hasn't given up anything.

18          MR. OLIVA:  Well, no, no.  That's not true.  He's given

19   up all of it.  It's all in the government of Haiti's possession,

20   all of it.  Every single asset that he identified has been

21   forfeited by the government of Haiti.

22          THE COURT:  Is that right?

23          MS. KIRKPATRICK:  Well, Your Honor, if I may.  From my

24   discussions with our asset forfeiture people, there were 2- to

25   300 paintings including a Monet that was seized and a watch.

1          THE COURT:  A real Monet?

2          MS. KIRKPATRICK:  One.  The others did not have the

3    same quality, if you will.

4          THE COURT:  Well, the Monet has to be at least a

5    million dollars.

6          MS. KIRKPATRICK:  My understanding is that his house

7    was looted by various and sundry people, known or unknown, to

8    him, by thieves as well, and we were just unable to locate any

9    assets that would do anything other than minimally satisfy the

10   15 million dollars.  I know that our office spent a great

11   deal of time --

12         THE COURT:  But you don't know where the Monet is?

13         MS. KIRKPATRICK:  No, we seized -- my understand is we

14   seized the Monet.

15         THE COURT:  Where is the Monet?

16         MS. KIRKPATRICK:  I'm assuming it was sold.  I don't

17   know for sure.

18         THE COURT:  For how much?  And who got the money?

19         MR. OLIVA:  The Government, as I understand, Your

20   Honor, and as you may recall -- first of all, we agreed to the

21   15 million dollar figure.  It was a representative figure.

22         THE COURT:  It doesn't mean anything if they didn't get

23   anything.

24         MR. OLIVA:  Well, no, and he then sat down with the

25   Government and their accountants and asset forfeiture, and we

1   went through all of his assets.  He said, this is what I have,

2   these are the houses I have and provided all that information.

3   Not only that, but then the Drug Enforcement Administration sent

4   agents down to Haiti to conduct a thorough financial

5   investigation in part based on information provided by my own

6   client.

7          THE COURT:  But I just want to know --

8          MR. OLIVA:  Based on all of that, they forfeited and

9   they seized all of these real properties.

10          THE COURT:  Including the Monet?

11          MR. OLIVA:  Well, what happened --

12          THE COURT:  I like specific answers.

13          MR. OLIVA:  No, no, what happened is when he got

14   expelled, one of his ex-wifes, along with the chief of police of

15   Haiti at the time went into his house.

16          THE COURT:  Mr. Valme who we think --

17          MR. OLIVA:  Yes.  And they carted off everything and

18   put it into a truck, but based on information that he had

19   provided, they were able to follow those leads and finally

20   locate those paintings and recover those paintings for the

21   people of Haiti.

22          THE COURT:  Where are they?

23          MR. OLIVA:  All that has been seized for the government

24   of Haiti.

25          THE COURT:  I don't know if the people of Haiti are

1   that interested in a Monet.

2        MR. OLIVA:  Oh, they're interested in a Monet that can

3   be auctioned at Christie's and then turned into cash.  I assume

4   that that's what they're doing.

5        THE COURT:  Earthquake relief or whatever.

6        MR. OLIVA:  But my client doesn't have it.  It's not

7   hanging in his cell.

8        MS. KIRKPATRICK:  Your Honor, I apologize, but I was

9   only told that it was minimally satisfied.  If you would like

10  more specifics, I can certainly get it.

11        THE COURT:  I want to know what happened to the

12  mansion.  I want to know how much money was obtained.  I want to

13  know who's got it, who lives in the house.

14        MS. KIRKPATRICK:  I will be happy to find that out.

15        THE COURT:  If a relative has it, for example, I

16  wouldn't be happy.

17        MS. KIRKPATRICK:  No, I don't believe a relative has

18  it.  I believe it was basically taken over --

19        THE COURT:  By the government.

20        MS. KIRKPATRICK:  -- by some entity.  What I was told

21  is --

22        THE COURT:  But the United States gets along with the

23  government of Haiti I suppose.

24        MS. KIRKPATRICK:  Yes, Your Honor.  I can tell you in

25  my past cases, typically, the proceeds of anything are just

 1  surrendered to the government of Haiti.  They handle their

 2  forfeitures.  I know that in this case it was a little

 3  different.  I remember hearing about some of --

 4          THE COURT:  It's a little different house.

 5          MS. KIRKPATRICK:  Well, I remember that they were able

 6  to seize these paintings, some of which had no value.

 7          THE COURT:  Okay.

 8          MS. KIRKPATRICK:  But I was only told that it was

 9  minimally -- the 15 million dollars was minimally satisfied.  I

10  did not obtain specifics for the purpose of this hearing but I

11  will be happy to.

12          THE COURT:  Can you tell me why you want 50 percent?

13          MS. KIRKPATRICK:  Of course, absolutely, Your Honor.

14          THE COURT:  Is that a matter of public record?  Can you

15  speak about it in open court?

16          MS. KIRKPATRICK:  Yes, Your Honor.  I believe that

17  it's --

18          THE COURT:  Everybody knows about it.

19          MS. KIRKPATRICK:  Pretty much, Your Honor.

20          THE COURT:  Except me, so tell me.

21          MS. KIRKPATRICK:  I have spoken to Mr. Oliva, and I

22  think that we're both in agreement.

23          THE COURT:  Okay.  What did he do?

24          MS. KIRKPATRICK:  Your Honor, first of all, he was

25  debriefed on countless occasions by not only the DEA but the

1   Immigration and Customs Enforcement and the FBI from the time of

2   his arrest until, you know, much later.  He provided invaluable

3   information on the background and inner workings of the drug

4   trafficking organizations as well as their routes as they

5   operated in Haiti, which obviously had become a major

6   trans-shipment point for cocaine coming into the United States,

7   both in South Florida and the New York areas.

8           His information led to over a dozen cases,

9   specifically, he had five very high ranking officials within the

10  Aristide administration.

11          THE COURT:  Here in the United States --

12          MS. KIRKPATRICK:  We prosecuted them here in the United

13  States.

14          THE COURT:  Okay.  Five cases.

15          MS. KIRKPATRICK:  Well, for the officials.  There were

16  at least five high ranking officials of the Aristide

17  administration including the head of security for Aristide,

18  various heads of the Haitian National Police at the airport and

19  also their version of the DEA.

20          THE COURT:  What sentences did they get?

21          MS. KIRKPATRICK:  Let me see.

22          THE COURT:  Take your time.  I'm not rushing you.

23          MS. KIRKPATRICK:  The head of security for President

24  Aristide received a 35-month and it's after a 5K.

25          THE COURT:  35 months?

1      MS. KIRKPATRICK:  After a 5K, Your Honor, and that was

2  I believe, if I recall correctly, also a 50 percent 5K.  I don't

3  know that for sure, but that's what I believe.

4      The head of the Haitian National Police at the

5  Port-au-Prince Airport was sentenced to 75 months after a Rule

6  35.

7      THE COURT:  That was the 50 percent reduction?

8      MS. KIRKPATRICK:  No, Your Honor, that one was not.

9  The head of security was an outstanding case.  He testified in

10  two trials for me against other officials.

11      The director general of the Haitian National Police --

12      THE COURT:  Who were the judges who reduced those

13  sentences, do you know?

14      MS. KIRKPATRICK:  Let me think.  If I'm not mistaken,

15  the head of security was in front of Judge Martinez.

16      THE COURT:  Okay.

17      MS. KIRKPATRICK:  Let me see.  I actually have their

18  case numbers.

19      THE COURT:  Okay.

20      MS. KIRKPATRICK:  Yes, Your Honor.  Then the head of

21  Haitian National Police at the airport, who again after a Rule

22  35, I believe it was a third off, received 75-month final

23  sentence.  That was in front of Judge Cooke.

24      MR. OLIVA:  It was actually 46 percent off.

25      MS. KIRKPATRICK:  Okay.  I don't believe we asked for

1    that, but I believe that that's what was given to him.

2         The director general of the Haitian National Police was

3    sentenced to 57 months.  That was also in front of Judge Cooke.

4         THE COURT:  Based on cooperation?

5         MS. KIRKPATRICK:  No, Your Honor.  I don't believe --

6    if I recall correctly, that one did not receive cooperation.

7         The commander of the Haitian National Police Brigade

8    was sentenced to 178 months after a 5K.

9         THE COURT:  Who was that judge?

10        MS. KIRKPATRICK:  Those were all codefendants in front

11   of Judge Cooke.

12        THE COURT:  Okay.

13        MS. KIRKPATRICK:  And then a Haitian senator was

14   sentenced to 60 months.

15        THE COURT:  Where do you think Ketant falls as far as

16   the degree of culpability among all of these?

17        MS. KIRKPATRICK:  Your Honor, if I may continue, I

18   think it will become a little easier to say that.  Those are

19   just the members of the administration that he helped us secure

20   successful prosecutions in.

21        I will say that there was another codefendant in that

22   big case that was acquitted at trial.  So he also obviously gave

23   us information about that, but we were unable to successfully

24   prosecute that individual.

25        In addition to those five cases, those five defendants

1    of the administration, he also was instrumental in obtaining the

2    successful prosecutions of at least seven major drug

3    traffickers, specifically one defendant was sentenced to life

4    after going to trial in front of Judge Moore.  Mr. Ketant was

5    listed as a witness in that case.  He was not called to testify,

6    but he was listed as a witness, as he was also listed as a

7    witness in the case that was acquitted, but he, again, was not

8    called to testify.

9            In some of the other major traffickers that he

10   prosecuted against, we had a major money launderer, we had an

11   American Airlines head of security in Port-au-Prince along with

12   her spouse.

13           THE COURT:  What did they get?

14           MS. KIRKPATRICK:  The head of security received a

15   sentence of 62 months.

16           THE COURT:  Without cooperation.

17           MS. KIRKPATRICK:  I don't believe that was a

18   cooperation case.  That was in front of Judge Huck.  Her spouse

19   received a sentence of 151 months.

20           THE COURT:  Without cooperation.

21           MS. KIRKPATRICK:  Without cooperation, also in front of

22   Judge Huck.

23           The money launderer, the significant money launderer,

24   that pled guilty was sentenced to 60 months after cooperation.

25   That was a money laundering charge though, Your Honor.

Rule 35 Motion

1          One of the other major drug traffickers was sentenced

2   to 60 months after two Rule 35's.  He cooperated in two

3   different occasions up in the Eastern District of New York, and

4   then the life sentence remains a life sentence, no cooperation.

5          THE COURT:  How did you come up with 50 percent?

6          MS. KIRKPATRICK:  The 50 percent, Your Honor, is

7   primarily based on the number of cases that he helped us bring.

8   Quiet honestly, Your Honor, had it not been Mr. Ketant's

9   cooperation, we would not have been able to successfully

10  prosecute over a dozen major Haitian drug traffickers and so

11  many different members of the administration at the time, which

12  I think provided a tremendous service to the government of

13  Haiti.

14         We were able to also seize I believe a little over 2

15  million dollars from one of the drug traffickers that was turned

16  over to the government of the Haiti.  Many of those members went

17  on to cooperate and get reductions of their own as I've already

18  stated, both here and up in New York.

19         He also aided in the location of a fugitive I should

20  also note, and a similarly situated defendant who is, both in

21  culpability, as far as being one of the major drug traffickers

22  in Haiti of his time and in cooperation -- that is, did not

23  testify, but provided tremendous intel and led to the beginnings

24  and inceptions of all these successful prosecutions -- also

25  received a 50 percent reduction.

1    We believe that they're similarly situated, and yes, he

2  was a major trafficker.  Yes, he was extremely culpable, but

3  because of that, he knew so much and he knew some people who

4  were in much more dangerous positions as far as being able to be

5  bribed and were bribed and were the highest members right next

6  to the President; the head of security, the head of the DEA for

7  Haiti.  And when I say DEA for Haiti, I want to be clear.  I'm

8  talking about their Haitian counterparts.  I'm not talking about

9  the actual DEA, but the name is escaping me at the moment.

10        MR. OLIVA:  The BLTS.

11        MS. KIRKPATRICK:  Okay.  The BLTS, the head of the

12  BLTS, the head of the BLTS; the head of the airport, the chief

13  of the security for American Airlines at the airport.  I mean,

14  these are people who were in positions of authority and it was

15  frightening that they were so easily bribed, and to take them

16  down was a success that we're very proud of, and he was

17  instrumental in that.  And for that we believe that he should

18  received a 50 percent reduction which is comparable to his, for

19  lack of a better word, colleague in the drug trafficking of

20  Haiti who did similarly bad acts as well as similar cooperation.

21        THE COURT:  Okay.  Mr. Oliva, what do you wish to say?

22        MR. OLIVA:  Thank you, Your Honor.

23        First of all, obviously, I agree with the Government's

24  presentation and I would concur with, for the large part,

25  everything that the Government has presented to you.

1    I would start by also noting that in the audience today

2  is Special Agent Dawn Molkenbur.  She has retired from the Drug

3  Enforcement Agency.  She was the lead agent for Mr. Ketant and

4  then later became the attachè for the DEA in Port-au-Prince, and

5  I mention this because she just mentioned to me that she worked

6  in Haiti with the Haitian counterpart of the asset forfeiture

7  unit and did confirm that most, if not all, of the assets that

8  my client identified in conjunction with and with the assistance

9  of the American Drug Enforcement Agency, were forfeited by the

10  government of Haiti in that regard.

11    Again, it was an agreement that we made, calculation

12  based on what his drug profits were.  We reached an agreement

13  for the money judgment of the 15 million.  My client proceeded

14  to identify all of his remaining assets, and has, in effect,

15  disgorged all of his profits from this.

16    Now, in terms of the 5K, in terms of the Rule 35 and

17  what the Government has proposed, Your Honor, when Mr. Ketant

18  arrived to the United States, at that time, the Republic of

19  Haiti was, for all intents and purposes, probably the first true

20  narcostate.  It was completely controlled by these politicians

21  who would demand and allow drug trafficking to operate freely in

22  their country.

23    Mr. Ketant was one of many drug traffickers that were

24  allowed to operate in Haiti in return for large payments.  He

25  wasn't the only one.  It was Mr. Jack Ketant who came here and

1   was the first of those narcotics traffickers that had been

2   operating under the protection of the government.  They had

3   allowed, not only Mr. Ketant, but others at his same level, to

4   operate in that country.

5           Mr. Ketant took the important step and the dangerous

6   step because he still at that point had a lot of family in

7   Haiti, and this is the government that he was cooperating on,

8   and everybody understood and everybody knew that, even at our

9   sentencing we knew this, that he was cooperating against not

10  only his fellow drug traffickers at his same level, but also

11  against these members of the government that didn't work for

12  him.  They collected taxes, if you will, from all of these

13  narcotic traffickers.  It wasn't that he had them in their (sic)

14  pocket, but rather that they had a group of drug traffickers

15  that they provided a franchise to operate in that country.

16          It was Mr. Ketant who triggered that information that

17  then led to one after another after another, and those, in turn,

18  provided more and more information.  And much to the credit of

19  the U.S. Attorney's Office for the Southern District, they took

20  advantage of that and went all the way with it, and made sure

21  that every conceivable high level government official who was

22  involved in this corruption and this drug trafficking, in

23  essence, along with the co-conspirators or at the same level as

24  my client, were brought to the United States and brought to

25  justice.  Therefore, it allowed the government of Haiti to

1    really develop to the extent and culminating in the fact that it

2    was widely reported, and this was all happening in quick

3    succession, that it's been widely reported that sources -- and

4    this is in the press, so I can't tell you for a fact, but that's

5    what they reported, that the members of the administration here

6    in the United States were able to pressure, in fact, Aristide,

7    President Aristide, at the time to leave the country.

8         In fact, I have an article here from I think it was

9    Steven Dudley, March 1st, 2004 and the title -- the headline is

10   Drug Allegations Gave U.S. Leverage on Aristide.  So this

11   allowed the government of the United States to restore the

12   government of Haiti to its people as a representative government

13   or where these officials could function in a way that was

14   appropriate.

15        And again, I think that this is something that the

16   Court should not leave unrecognized.  The Government's summary

17   of all of these defendants who one by one he procured their

18   Indictment in almost every case -- in fact, in every case that

19   the Government has mentioned to you, it was Mr. Ketant that not

20   only was listed as a witness, in some cases procured their

21   capture in Haiti because he continued providing information to

22   the DEA attachès in Haiti in order to allow them to capture

23   these individuals and bring them to justice.  He procured their

24   Indictments in almost every single case.  He was the lead-off

25   defendant in the Complaint Affidavit that furnished the probable

1   cause, and of course, in conjunction with other defendants --

2   many of whom he had, in turn, obviously procured not only their

3   Indictment but subsequently their conviction.

4         So there have been other defendants at my client's same

5   level in this case and in this district who have received a

6   benefit of a 50 percent reduction.

7         THE COURT:  How about this fellow who got 178 months

8   after a 5K1.1?  You want me to sentence this defendant to less

9   than the 178 months that the other defendant got after a 5K1?

10         MR. OLIVA:  Well, again --

11         THE COURT:  Who was that?  Who was that?

12         MR. OLIVA:  Rudy Therassan.  And he only got a third

13   off.

14         THE COURT:  But 178 months.  So he got more than what

15   the Government is even suggesting here.

16         MR. OLIVA:  Well, and again --

17         THE COURT:  Why is that?

18         MS. KIRKPATRICK:  Your Honor, he was a commander of the

19   Haitian National Police Brigade.  He was a significant leader in

20   this, in the administration and specifically in charge of the

21   police.  So his role -- I believe he received --

22         THE COURT:  He deserves more time than a plain old drug

23   dealer?

24         MS. KIRKPATRICK:  No, Your Honor.  What I'm saying is

25   that he received a significant sentence because of his role

Rule 35 Motion

 1  within the government.

 2         THE COURT:  Okay.

 3         MS. KIRKPATRICK:  And he did only receive a partial --

 4  he did not receive a 50 percent reduction.

 5         THE COURT:  Did you ask for 50 percent?

 6         MS. KIRKPATRICK:  No, Your Honor, we did not.  I don't

 7  recall the percentage that we asked for.  I don't even know that

 8  it was 33 percent.  It may have been 20.  I just don't have any

 9  recollection of that.

10         THE COURT:  All right.

11         MR. OLIVA:  And Your Honor, with all due respect, Rudy

12  Therassan --

13         THE COURT:  Whenever a lawyer says "with all due

14  respect," he says, listen carefully, you're not paying attention

15  to me.  That's what "with all due respect" means.

16         MR. OLIVA:  No, no, no, because I respectfully disagree

17  with the proposition that Rudy Therassan somehow deserves a less

18  sentence than a plain old drug dealer because the fact --

19         THE COURT:  Well, I don't know.

20         MR. OLIVA:  I'll tell you why, because Rudy

21  Therassan --

22         THE COURT:  Deserves more.

23         MR. OLIVA:  -- was the head of the FBI.  If the head of

24  United States FBI --

25         THE COURT:  I agree.

1          MR. OLIVA:  And it was this head of the FBI who, in

2   essence, ran these people.  He didn't run Jack Ketant.  He ran

3   the --

4          THE COURT:  How much should I give him?

5          MR. OLIVA:  Well, again, Your Honor, look, the 50

6   percent recommendation made by the Government I think is

7   internally in good faith and appropriate.  The only -- I still

8   think that you should give him 50 percent.  My difference of

9   opinion is you should give 50 percent off the bottom of the

10  guidelines that were applicable at the time, and the reason,

11  again, was because at the time that you sentenced this

12  defendant, the concern expressed -- and you know, I went back

13  and reviewed the transcripts -- by the Government and by the

14  Court, was the fact that at that time, the time of sentencing,

15  the defendant had not concluded, had not been able to turn over

16  any of his assets and there were some issues regarding that.

17  There were some concerns by the Court and properly.  That is why

18  the Court in my view --

19          THE COURT:  I'm consistent 15 years later.

20          MR. OLIVA:  I'm sorry?

21          THE COURT:  So I'm consistent 15 years later.  I'm

22  worried about all this money.

23          MR. OLIVA:  But he did.  Again, there is no money.

24  That's the point.  We agreed on a 15 million dollar money

25  judgment that was a representative judgment in order to make

```
 1   sure that anything and everything -- if tomorrow something turns
 2   up, there's still that money judgment.  If he wins the Powerball
 3   tomorrow, the government of the United States will collect on
 4   that Powerball against him.  That's why we do those money
 5   judgments, but what's more important is that we want to make
 6   sure, as I remember Judge Vinson up Gainesville would say, that
 7   if he has a Baby Shaker, you know, Crib that he bought with drug
 8   money, that we're going to recover that.
 9            THE COURT:  I'm not so worried about a crib.  The Monet
10   and the mansion, yes.
11            MR. OLIVA:  And it's all been seized and turned over to
12   the government of Haiti.  He did what he said he would do, and
13   the government of Haiti with the able assistance of the United
14   States government did exactly that.  They disgorged.  They took
15   everything away from him.  He's got nothing left.
16            THE COURT:  Anything else that anybody wants to say?
17            MS. KIRKPATRICK:  Just for clarification, Your Honor, I
18   think it probably doesn't need to be clarified, but when
19   Mr. Oliva refers to Mr. Therassan as the head of FBI, obviously
20   it's the Haitian version --
21            THE COURT:  Haitian FBI.
22            MS. KIRKPATRICK:  -- which is called something totally
23   different.
24            THE COURT:  Of course, there is no allegations of any
25   American corruption.
```

1          MS. KIRKPATRICK:  Exactly, absolutely.

2          MR. OLIVA:  It's called Bureau de Recherche et

3    d'Intervention, and I'm sure I've mispronounced that, but the

4    point is that that's called BRI.  It's their version, the

5    Haitian counterpart of the FBI, just like he also provided the

6    information to the Haitian version of the DEA, and he also

7    provided information as to the Chief of Palace Security, which

8    would be the equivalent of the Haitian Secret Service.  Those

9    are the people that he provided --

10          THE COURT:  What do I do with this letter?

11          MS. KIRKPATRICK:  Your Honor, I've never seen that

12   letter.  It alleges --

13          THE COURT:  Well, you saw it today.

14          MS. KIRKPATRICK:  But Your Honor, it alleges an act

15   that occurred in 1997.

16          THE COURT:  Yeah, but it was a murder according to the

17   son.  That's a big thing.

18          MS. KIRKPATRICK:  But I have no information on it, Your

19   Honor.  I don't know if the original prosecutors who prosecuted

20   him knew anything about that.  I apologize, but I just have no

21   information on that.

22          MR. OLIVA:  Your Honor, as a matter of fact, one of the

23   agencies --

24          THE COURT:  Why would he send this now?

25          MS. KIRKPATRICK:  I assume, Your Honor, because of the

 1   press surrounding this hearing.

 2         THE COURT:  Oh, there was press before this hearing?

 3         MS. KIRKPATRICK:  Yes, Your Honor, there was about a

 4   month ago and then again today.

 5         THE COURT:  Okay.

 6         MR. OLIVA:  By the way, Your Honor, I'm told -- again,

 7   the formal lead agent is here.  There was Metro Dade,

 8   Miami-Dade.  Remember, Mr. Ketant was in Haiti when this

 9   happened.  Miami-Dade investigated it, and there's no evidence

10   that was even a hit.

11         So, again, this is total speculation on that

12   gentleman's part that he believes that his mother -- and I'm

13   sorry for him -- that my client had something to do with it, but

14   the fact is, the daughter, wife to my client, continued living

15   with Mr. Ketant.

16         THE COURT:  Well, this happened in Haiti, didn't it?

17         MR. OLIVA:  No, that happened in Miami.

18         THE COURT:  In Miami.  In South Miami, you're right.

19         MS. KIRKPATRICK:  Your Honor, my understanding from

20   Special Agent Molkenbur is that the house is in the custody of

21   the government of Haiti.

22         THE COURT:  What do they use it for?  Do you know?

23         MS. KIRKPATRICK:  Well, she said they don't -- and I

24   don't know if this has changed since she left Haiti, but that

25   they weren't using it for anything at the time.

1          It's in ruins?  It's in ruins is what I'm told.  I will

2    say that --

3          THE COURT:  They could fix it up and build an

4    orphanage.  That would be a good suggestion.  I bet you could

5    get contributions to rebuilt it.

6          MR. OLIVA:  Maybe we should ask Sean Penn.

7          MS. KIRKPATRICK:  I know that, as I stated earlier, our

8    asset forfeiture AUSA who went down to Haiti, worked very

9    closely with the then ambassador to get it into some type of a

10   charitable thing, like an orphanage or something like that, but

11   they were unsuccessful in their attempts.

12         THE COURT:  They have a lot of orphans in Haiti.

13         MS. KIRKPATRICK:  There are, Your Honor.  There are,

14   but they were unsuccessful in their attempts.

15         THE COURT:  Because?

16         MS. KIRKPATRICK:  Your Honor, they didn't state.  I

17   know things can be tough.

18         THE COURT:  Okay.  Let me think about it.  All right?

19         MS. KIRKPATRICK:  Would the Court like me to get more

20   specific information about the assets --

21         THE COURT:  Yeah, why don't you file something about

22   the assets --

23         MS. KIRKPATRICK:  Yes, Your Honor.

24         THE COURT:  -- who's in charge, what have they done,

25   what they have attempted to do with the house, where is the

1    Monet.  Those seem to be the big things.

2          MS. KIRKPATRICK:  I believe it was sold, but I want to

3    double-check.

4          THE COURT:  Okay.  Where is the money?

5          MS. KIRKPATRICK:  Let me double-check.  I hate to

6    speculate.

7          THE COURT:  I want to make sure it didn't go into the

8    hands of another chief of police who's under investigation.

9    That would be ironic, wouldn't it?

10         I'm not suggesting that that happened, but my level of

11   comfort would be greater; and if you can find out from the South

12   Miami Police Department or Miami-Dade -- I'm going to give you

13   this letter, the victim impact statement.  I'm not filing it

14   because it has the fellow's post office box and all of that.

15   I'm going to give you the letter, and then you can tell me,

16   well, we've investigated.  There's nothing to it.  The case is

17   closed.  You know, just a little bit.

18         MR. OLIVA:  I don't have a problem with it.

19         THE COURT:  A killing is a serious thing, but you're

20   right, if there's no evidence of it --

21         MS. KIRKPATRICK:  Yes, Your Honor.

22         THE COURT:  -- you can't consider it.

23         So here, Shirley, give this to Ms. Kirkpatrick.

24         Anything else?  How long do you think it will take for

25   you to do that?  Well, there's no rush to this, right?  Because

1    what you're asking -- well, let me see.  It's been -- how many

2    years has it been?

3              MR. OLIVA:  He was --

4              MS. KIRKPATRICK:  He was sentenced in 2003.

5              THE COURT:  But he was in custody even before that, no?

6              MS. KIRKPATRICK:  Not --

7              THE COURT:  Oh, he was not?

8              MS. KIRKPATRICK:  -- for very long, Your Honor.

9              MR. OLIVA:  June 18, 2003 he had arrived here, and I

10   think he was expelled --

11             THE COURT:  Even if I were to reduce it 50 percent, 162

12   months, that's 13 and a half years.  So we've got a little bit

13   of room to think.

14             MR. OLIVA:  Well, I'm hoping you would do better than

15   that, Judge, quite honestly.

16             THE COURT:  Yeah.  Well --

17             MS. KIRKPATRICK:  I believe he pled guilty in August of

18   2003, and I believe Mr. Oliva is correct, he was brought in in

19   June of that year.

20             THE COURT:  Okay.  So he's done nine years.

21             Where is he going to go eventually?  Was he a United

22   States resident?

23             MS. KIRKPATRICK:  No, Your Honor.  He was expelled from

24   Haiti.

25             THE COURT:  So he's going to go back to Haiti?

1        MR. OLIVA:  Or a third country.

2        THE COURT:  Which third country would it be?

3        MR. OLIVA:  I don't know, but I rather not discuss that

4   here for his own protection, because obviously, there are a lot

5   of people that are probably very upset with him because of the

6   fact that he was the only one, out of all of these, that really

7   started the whole thing.

8        THE COURT:  No, but three-quarters of these people have

9   cooperated.

10       MR. OLIVA:  Yeah, but that doesn't -- there are some

11  that haven't, and there are still some that are back in Haiti.

12       THE COURT:  Well, where could he go?

13       MR. OLIVA:  I don't know, Judge.  Again, we'll have to

14  see where he goes.

15       Obviously, I would ask -- I mean, I would expect that

16  the United States government would take the necessary steps to

17  make sure that he doesn't get sent back and not make it out of

18  the Port-au-Prince Airport.

19       MS. KIRKPATRICK:  Your Honor, that's an immigration

20  issue.  I wouldn't even begin to comment on that.  That's way

21  outside of my --

22       THE COURT:  Well, immigration is part of what

23  department?

24       MS. KIRKPATRICK:  Department of Homeland Security.

25       THE COURT:  And they're part of the executive branch.

1            MS. KIRKPATRICK:  Yes, but we have --

2            THE COURT:  Under Secretary of Homeland Security who's

3    appointed by the President.

4            MS. KIRKPATRICK:  But they have made --

5            THE COURT:  The Attorney General is your boss.  He's

6    also appointed by the President and confirmed.  You're on the

7    same team, right?

8            MS. KIRKPATRICK:  Well, there are actual regulations

9    that forbid me to bind the Department of Homeland Security on

10   any immigration matters.

11           THE COURT:  Okay.  All right.

12           MR. OLIVA:  I would agree with that.

13           THE COURT:  All right.  So we don't know where he's

14   going to go.

15           MR. OLIVA:  Like all of them -- I mean, some of them --

16   I've had clients go back to Haiti and meet a bad end.  I've had

17   others that have not, but the bottom line, Judge, is, again, you

18   know --

19           THE COURT:  All right.  How much time do you need?

20           MS. KIRKPATRICK:  Your Honor, only because we're

21   dealing with records that we need to get --

22           THE COURT:  Tell me how much time you need.

23           MS. KIRKPATRICK:  Could I have two weeks, Your Honor?

24           THE COURT:  Okay.  No problem.

25           Whatever you file, make sure your opposing counsel also

1   has it.

2            MS. KIRKPATRICK:  Absolutely, Your Honor.

3            THE COURT:  But this is a matter of public record, so

4   there's no need to file anything sealed.  The cat is out of the

5   bag over and over again.

6            MS. KIRKPATRICK:  Yes, Your Honor.

7            THE COURT:  Okay.  I won't rule until the middle of

8   next month.

9            MS. KIRKPATRICK:  Thank you, Your Honor.

10           MR. OLIVA:  Thank you, Your Honor.

11           THE COURT:  Sorry you had to wait.

12           MR. OLIVA:  No, no problem.

13       (The hearing concluded at 3:10 p.m.)

14

15                 C E R T I F I C A T E

16       I hereby certify that the foregoing is an accurate

17   transcription of proceedings in the above-entitled matter.

18

19   _____05-07-12_____        _____
          DATE                 GILDA PASTOR-HERNANDEZ, RPR, FPR
20                             Official United States Court Reporter
                               Wilkie D. Ferguson Jr. U.S. Courthouse
21                             400 North Miami Avenue, Suite 13-3
                               Miami, Florida  33128    305.523.5118
22                             gphofficialreporter@gmail.com

23

24

25

## A

able 11:19 13:5 18:9,14 19:4
  22:6 25:15 26:13
about 5:2,4,18 13:3,15,18 16:23
  19:8,8 23:7 25:22 26:9 27:20
  28:3 29:18,20,21
above-entitled 34:17
according 27:16
accountants 10:25
accurate 34:16
acquitted 16:22 17:7
act 27:14
acts 19:20
actual 19:9 33:8
actually 15:17,24
addition 16:25
administration 11:3 14:10,17
  16:19 17:1 18:11 22:5 23:20
advantage 21:20
advises 5:22
Affidavit 22:25
after 5:21,24 9:14 14:24 15:1,5
  15:21 16:8 17:4,24 18:2 21:17
  21:17 23:8,9
afternoon 4:7,10,13
again 15:21 17:7 20:11 22:15
  23:10,16 25:5,11,23 28:4,6,11
  32:13 33:17 34:5
against 15:10 17:10 21:9,11 26:4
agencies 27:23
Agency 20:3,9
agent 20:2,3 28:7,20
agents 11:4
ago 28:4
agree 6:25 7:11 19:23 24:25 33:12
agreed 8:6 10:20 25:24
agreement 13:22 20:11,12
aided 18:19
Airlines 17:11 19:13
airport 14:18 15:5,21 19:12,13
  32:18
Alfred 1:21
allegations 22:10 26:24
alleges 27:12,14
allow 20:21 22:22
allowed 20:24 21:3,25 22:11
almost 22:18,24
along 11:14 12:22 17:11 21:23
already 18:17
ambassador 29:9
America 1:4 4:3
American 4:2 17:11 19:13 20:9
  26:25
among 16:16
another 16:21 21:17,17 30:8
answers 11:12
anybody 26:16
anything 9:17 10:9,22,23 12:25
  26:1,16 27:20 28:25 30:24
  34:4
Anyway 5:20
apologize 12:8 27:20
APPEARANCES 1:12
applicable 25:10
appointed 33:3,6
approach 5:10
appropriate 22:14 25:7
areas 14:7
arguments 6:11 7:17
Aristide 6:12 14:10,16,17,24
  22:6,7,10
Army 5:19
arrest 14:2
arrived 20:18 31:9
article 22:8
asked 15:25 24:7
asking 6:18 31:1
assassination 5:14

## B

asset 7:22 8:3 9:20,24 10:25 20:6
  29:8
assets 10:9 11:1 20:7,14 25:16
  29:20,22
assistance 20:8 26:13
assume 5:17 12:3 27:25
assuming 10:16
attachè 20:4
attachès 22:22
attempted 29:25
attempts 8:12 29:11,14
attention 24:14
Attorney 33:5
Attorney's 1:14 21:19
attributes 4:23
auctioned 12:3
audience 20:1
August 31:17
AUSA 1:13 8:3 29:8
authority 19:14
Avenue 2:2 34:21
away 26:15

## B

Baby 26:7
back 25:12 31:25 32:11,17 33:16
background 14:3
bad 19:20 33:16
bag 34:5
based 11:5,8,18 16:4 18:7 20:12
basically 12:18
Beaudoin 1:7 4:3,21
became 20:4
become 14:5 16:18
before 1:10 28:2 31:5
begin 32:20
beginnings 18:23
behalf 4:6,8,9,11
being 9:13 18:21 19:4
believe 12:17,18 13:16 15:2,3,22
  15:25 16:1,5 17:17 18:14 19:1
  19:17 23:21 30:2 31:17,18
believes 28:12
benefit 23:6
bet 29:4
better 5:6 19:19 31:14
between 5:25
big 5:11 6:7,7 16:22 27:17 30:1
bind 33:9
bit 30:17 31:12
BLTS 19:10,11,12,12
boss 33:5
both 8:12 13:22 14:7 18:18,20
bottom 25:9 33:17
bought 26:7
Boulevard 1:18
box 30:14
branch 32:25
BRI 27:4
bribed 19:5,5,15
Brigade 16:7 23:19
bring 18:7 22:23
brought 21:24,24 31:18
build 29:3
Building 1:21
buildings 9:14
Bureau 27:2

## C

C 34:15,15
calculation 20:11
called 17:5,8 26:22 27:2,4
came 7:13 20:25
capture 22:21,22
carefully 24:14
carted 11:17
case 1:3 4:2 6:13 8:5 13:2 15:9
  15:18 16:22 17:5,7,18 22:18
  22:18,24 23:5 30:16

## C

cases 12:25 14:8,14 16:25 18:7
  22:20
cash 12:3
cat 34:4
cause 23:1
cell 12:7
certainly 12:10
Certificate 3:4
certify 34:16
changed 28:24
charge 17:25 23:20 29:24
charitable 8:14 29:10
chief 1:11 6:10 11:14 19:12 27:7
  30:8
Christie's 12:3
clarification 26:17
clarified 26:18
clear 19:7
client 5:14 11:6 12:6 20:8,13
  21:24 28:13,14
clients 33:16
client's 23:4
closed 30:17
closely 29:9
cocaine 14:6
codefendant 16:21
codefendants 16:10
colleague 19:19
collect 26:3
collected 21:12
come 18:5
comfort 30:11
coming 14:1
commander 16:7 23:18
comment 32:20
comparable 19:18
Complaint 22:25
completely 20:20
conceivable 21:21
concern 25:12
concerns 25:17
concluded 25:15 34:13
concur 19:24
conduct 11:4
confirm 20:7
confirmed 33:6
conjunction 8:13 20:8 23:1
connected 6:10
connection 5:25
consider 30:22
consistent 25:19,21
conspiracy 7:4
CONTENTS 3:1
continue 16:17
continued 5:23 22:21 28:14
contributions 29:5
controlled 20:20
conviction 23:3
Cooke 15:23 16:3,11
cooperate 18:17
cooperated 5:20 7:2,14 18:2
  32:9
cooperating 21:7,9
cooperation 7:14 16:4,6 17:16
  17:18,20,21,4 18:4,9,22
  19:20
copy 4:16,17
correct 31:18
correctly 15:2 16:6
corruption 21:22 26:25
counsel 4:11 33:25
counterpart 20:6 27:5
counterparts 19:8
countless 13:25
country 7:13 20:22 21:4,15 22:7
  32:1,2
course 6:22 7:25 13:13 23:1
  26:24
court 1:1 2:1 4:1,2,9,14,16,20

## D

5:2,4,6,11,13,1 7 6:1,4,7,10,15
  6:19,21,23,25 7:3,6,8,10,16
  7:20,24 8:1,4,7,10,15,18,21
  8:25 9:2,4,6,10,15,22 10:1,4
  10:12,15,18,22 11:7,10,12,16
  11:22,25 12:5,11,15,19,22
  13:4,7,12,14,15,18,20,23
  14:11,14,20,22,2,5 15:7,12,16
  15:19 16:4,9,12,1 5 17:13,16
  17:20 18:5 19:21 22:16 23:7
  23:11,14,17,2 2 24:2,5,10,13
  24:19,22,2,5 25:4,4,17,18,19
  25:21 26:9,16,21,24 27:10,13
  27:16,24 28:2,5,16,18,22 29:3
  29:12,15,18,19,21,2 4 30:4,7
  30:19,22 31:5,7,11,16,20,25
  32:2,8,12,22,2,5 33:2,5,11,13
  33:19,22,24 34:3,7,11,20
Courthouse 2:2 34:20
Courtroom 1:5
co-conspirators 21:23
credit 21:18
crib 26:7,9
culminating 22:1
culpability 16:16 18:21
culpable 6:5 19:2
custody 28:20 31:5
Customs 14:1

## D

D 1:21 2:2 34:20
Dade 28:7
dangerous 19:4 21:5
DATE 34:19
daughter 5:23,23 28:14
Dawn 20:2
de 27:2
DEA 13:25 14:19 19:6,7,9 20:4
  22:22 27:6
deal 10:11
dealer 6:8 7:4 23:23 24:18
dealers 9:13
dealing 6:12 33:21
death 4:23 5:18,25
debriefed 13:25
defendant 1:8,17 4:9,11 5:20
  7:12,16 17:3 18:20 22:25 23:8
  23:9 25:12,15
defendants 16:25 22:17 23:1,4
degree 16:16
demand 20:21
department 30:12 32:23,24 33:9
Description 3:11
deserves 23:22 24:17,22
develop 22:1
died 4:22 5:15
difference 25:8
different 13:3,4 18:3,11 26:23
director 15:11 16:2
disagree 24:16
discuss 32:3
discussions 9:24
diseased 5:23
disgorged 20:15 26:14
district 1:1,1,11 18:3 21:19 23:5
DIVISION 1:2
doing 12:4
dollar 8:4 10:21 25:24
dollars 10:5,10 13:9 18:15
done 29:24 31:20
double-check 30:3,5
down 10:24 11:4 19:16 29:8
dozen 14:8 18:10
drug 6:7,12 7:4 9:13 11:3 14:3
  17:2 18:1,10,15,2,1 19:19 20:2
  20:9,12,21,23 21:10,14,22
  22:10 23:22 24:18 26:7
Dudley 22:9
due 24:11,13,15

**Dupont** 1:21
**d'Intervention** 27:3

**E**

**E** 34:15,15
**earlier** 29:7
**earthquake** 9:14 12:5
**easier** 16:18
**easily** 19:15
**East** 1:22
**Eastern** 18:3
**Edward** 4:17
**effect** 20:14
**embassy** 9:15
**end** 7:16 33:16
**Enforcement** 11:3 14:1 20:3,9
**entity** 12:20
**equivalent** 27:8
**escaping** 19:9
**ESQ** 1:17,21
**essence** 21:23 25:2
**et** 27:2
**even** 6:11 21:8 23:15 24:7 28:10
31:5,11 32:20
**event** 6:1
**eventually** 31:21
**every** 7:21 9:20 21:21 22:18,18
22:24
**everybody** 13:18 21:8,8
**everything** 11:17 19:25 26:1,15
**evidence** 3:10 28:9 30:20
**exactly** 7:21 26:14 27:1
**example** 8:13 12:15
**except** 8:20 13:20
**executive** 32:25
**Exhibits** 3:8,9
**expect** 32:15
**expelled** 11:14 31:10,23
**expressed** 25:12
**extent** 22:1
**extraordinary** 7:14
**extremely** 19:2
**ex-wifes** 11:14

**F**

**F** 34:15
**fact** 5:18 7:22 22:1,4,6,8,18
24:18 25:14 27:22 28:14 32:6
**faith** 25:7
**falls** 16:15
**family** 5:22 21:6
**far** 16:15 18:21 19:4
**fault** 5:19
**Fax** 1:16,20,24
**FBI** 14:1 24:23,24 25:1 26:19,21
27:5
**February** 1:7
**FEDERICO** 1:10
**fellow** 21:10 23:7
**fellow's** 30:14
**Ferguson** 2:2 34:20
**figure** 10:21,21
**file** 29:21 33:25 34:4
**filing** 30:13
**final** 15:22
**finally** 11:19
**financial** 11:4
**find** 12:14 30:11
**first** 10:20 13:24 19:23 20:19
21:1
**five** 5:24 14:9,14,16 16:25,25
**fix** 29:3
**Flagler** 1:22
**Florida** 1:1,6,15,19,23 2:3 14:7
34:21
**follow** 11:19
**forbid** 33:9
**foregoing** 34:16
**forfeited** 7:22 9:21 11:8 20:9

**forfeiture** 7:18 8:3 9:24 10:25
20:6 29:8
**forfeitures** 13:2
**formal** 28:7
**FPR** 2:1 34:19
**franchise** 21:15
**freely** 20:21
**frightening** 19:15
**from** 4:3,17 6:15,17 7:7 9:13,23
14:1 18:15 20:2,15 21:12 22:8
26:15 28:19 30:11 31:23
**front** 15:15,23 16:3,10 17:4,18
17:21
**fugitive** 18:19
**function** 22:13
**furnished** 22:25

**G**

**Gainesville** 26:6
**gave** 6:16 16:22 22:10
**general** 15:11 16:2 33:5
**gentleman's** 28:12
**gets** 12:22
**GILDA** 2:1 34:19
**give** 25:4,8,9 30:12,15,23
**given** 9:17,18 16:1
**go** 6:2 30:7 31:21,25 32:12 33:14
33:16
**goes** 32:14
**going** 7:1 17:4 26:8 30:12,15
31:21,25 33:14
**good** 4:7,10,13 8:10,15 25:7 29:4
**goodness** 6:19
**gotten** 7:19
**government** 1:13 4:6 7:1,18,23
8:13,23 9:8,14,19,2 1 10:19,25
11:23 12:19,23 13:1 18:12,16
19:25 20:10,17 21:2,7,11,21
21:25 22:11,12,12,19 23:15
24:1 25:6,13 26:3,12,13,14
28:21 32:16
**Government's** 19:23 22:16
gphofficialreporter@gmail.com
2:3 34:22
**gracious** 6:19
**great** 10:10
**greater** 30:11
**group** 6:5 21:14
**guidelines** 7:17 25:10
**guilty** 5:21 6:1,3,4 7:13 17:24
31:17

**H**

**Haiti** 6:12 8:23 9:8,21 11:4,15
11:21,24,25 12:23 13:1 14:5
18:13,16,22 19:7,7,20 20:6,10
20:19,24 21:7,25 22:12,21,22
26:12,13 28:8,16,21,24 29:8
29:12 31:24,25 32:11 33:16
**Haitian** 8:13 14:18 15:4,11,21
16:2,7,13 18:10 19:8 20:6
23:19 26:20,21 27:5,6,8
**Haiti's** 9:19
**half** 31:12
**handle** 13:1
**hands** 30:8
**hanging** 12:7
**happened** 5:13 11:11,13 12:11
28:9,16,17 30:10
**happening** 22:2
**happy** 12:14,16 13:11
**hate** 30:5
**head** 14:17,23 15:4,9,15,20
17:11,14 19:6,6,11,12,12
24:23,23 25:1 26:19
**headline** 22:9
**heads** 14:18
**hear** 7:7
**hearing** 13:3,10 28:1,2 34:13

**head** 4:1
**helped** 16:19 18:7
**her** 5:25 7:7 17:12,18
**high** 7:16 14:9,16 21:21
**highest** 19:5
**him** 5:21 6:16 10:8 16:1 21:12
25:4,8 26:4,15 27:20 28:13
32:5
**hit** 28:10
**home** 8:14
**Homeland** 32:24 33:2,9
**honestly** 18:8 31:15
**Honor** 4:7,10,13,19 5:5,22 6:3,6
6:9,14,17,20 7:5 8:2,8,12,19
9:3,11,23 10:20 12:8,24 13:13
13:16,19,24 15:1,8,20 16:5,17
17:25 18:6,8 19:22 20:7
23:18,24 24:6,11 25:5 26:17
27:11,14,19,22,2 5 28:3,6,19
29:13,16,23 30:21 31:8,23
32:19 33:20,23 34:2,6,9,10
**HONORABLE** 1:10
**hoping** 31:14
**house** 10:6 11:15 12:13 13:4
28:20 29:25
**houses** 11:2
**Huck** 17:18,22
**Hurley** 4:5
**Hurley's** 4:4

**I**

**Identification** 3:10
**identified** 7:22 9:20 20:8
**identify** 20:14
**immediately** 7:13,13
**immigration** 14:1 32:19,22
33:10
**impact** 4:24 30:13
**important** 7:4 21:5 26:5
**inceptions** 18:24
**including** 7:24 9:25 11:10 14:17
**Indictment** 22:18 23:3
**Indictments** 22:23
**individual** 16:24
**individuals** 22:23
**information** 11:2,5,18 14:3,8
16:23 21:16,18 22:21 27:6,7
27:18,21 29:20
**informed** 5:6
**inner** 14:3
**instrumental** 17:1 19:17
**intel** 18:23
**intents** 20:19
**interested** 12:1,2
**interesting** 6:13
**internally** 25:7
**invaluable** 14:2
**investigated** 28:9 30:16
**investigation** 11:5 30:8
**involved** 6:12 7:11 21:22
**ironic** 30:9
**issue** 32:20
**issues** 25:16

**J**

**Jack** 5:25 20:25 25:2
**Jacques** 4:21
**Joseph** 4:17
**Jr** 2:2 34:20
**judge** 1:11 4:5 7:9 15:15,23 16:3
16:9,11 17:4,18,22 26:6 31:15
32:13 33:17
**judges** 15:12
**judgment** 8:4,10 20:13 25:25,25
26:2
**judgments** 26:5
**June** 31:9,19
**just** 8:3,20 10:8 11:7 12:25
16:19 20:5 24:8 26:17 27:5,20

30:17
**justice** 21:25 22:23

**K**

**Ketant** 1:7 4:4,22,23 5:24,25
16:15 17:4 20:3,17,23,25 21:3
21:5,16 22:19 25:2 28:8,15
**Ketant's** 8:25 18:8
**killing** 30:19
**kind** 5:7
**Kirkpatrick** 1:13 4:7,8,19 5:5,10
6:3,6,9,14,17,20,22,4 8:2,8
8:11,16,19,22 9:1,3,11,23
10:2,6,13,16 12:8,14,17,20,24
13:5,8,13,16,19,21,24 14:12
14:15,21,23 15:1,8,14,17,20
15:25 16:5,10,13,17 17:14,17
17:21 18:6 19:11 23:18,24
24:3,6 26:17,22 27:1,11,14,18
27:25 28:3,19,23 29:7,13,16
29:19,23 30:2,5,21,23 31:4,6
31:8,17,23 32:19,24 33:1,4,8
33:20,23 34:2,6,9
**knew** 19:3,3 21:8,9 27:20
**know** 4:17 5:2,4 7:10 8:19,22
9:11,12,12 10:10,12,17 11:7
11:25 12:11,12,13 13:24 14:2
15:3,13 24:7,19 25:12 26:7
27:19 28:22,24 29:7,17 30:17
32:3,13 33:13,18
**known** 10:7
**knows** 13:18

**L**

**labeled** 4:24
**lack** 19:19
**lady** 5:15
**large** 19:24 20:24
**largely** 7:17
**later** 14:2 20:4 25:19,21
**launderer** 17:10,23,23
**laundering** 17:25
**lawyer** 4:14 24:13
**lead** 20:3 28:7
**leader** 23:19
**leads** 11:19
**lead-off** 22:24
**least** 10:4 14:16 17:2
**leave** 22:7,16
**led** 14:8 18:23 21:17
**left** 26:15 28:24
**less** 7:10 23:8 24:17
**let** 14:21 15:14,17 29:18 30:5
31:1
**letter** 4:17,21,24 27:10,12 30:13
30:15
**Let's** 7:7
**level** 21:3,10,21,2 3 23:5 30:10
**Leverage** 22:10
**lie** 5:17
**life** 7:10 17:3 18:4,4
**like** 11:12 12:9 27:5 29:10,10,19
33:15
**line** 3:11,11 33:17
**listed** 17:5,6,6 22:20
**listen** 24:14
**little** 13:2,4 16:18 18:14 30:17
31:12
**lives** 12:13
**living** 5:24 28:14
**locate** 10:8 11:20
**location** 8:16 18:19
**long** 30:24 31:8
**look** 25:5
**looted** 10:7
**lot** 21:6 29:12 32:4
**Lynn** 1:13 4:7

**M**

M 1:13
made 20:11 21:20 25:6 33:4
major 14:5 17:2,9,10 18:1,10,21
19:2
make 25:25 26:5 30:7 32:17,17
33:25
mansion 6:7 7:20,24 8:1 12:12
26:10
mansions 8:24 9:13
many 18:11,16 20:23 23:2 31:1
March 22:9
Marked 3:9
married 4:21
Martinez 15:15
matter 13:14 27:22 34:3,17
matters 33:10
may 5:10 7:9 9:23 10:20 16:17
24:8
Maybe 29:6
mean 5:9 6:13 10:22 19:13 32:15
33:15
means 24:15
meet 33:16
members 16:19 18:11,16 19:5
21:11 22:5
mention 20:5
mentioned 20:5 22:19
Metro 28:7
Miami 1:2,6,15,23 2:2,3 28:17
28:18,18 30:12 34:21,21
Miami-Dade 28:8,9 30:12
middle 34:7
might 5:15
million 8:4 10:5,10,21 13:9
18:15 20:13 25:24
minimally 8:9,11 10:9 12:9 13:9
13:9
ministry 9:15
mispronounced 27:3
mistaken 15:14
Molkenbur 20:2 28:20
moment 19:9
Monet 9:25 10:1,4,12,14,15
11:10 12:1,2 26:9 30:1
money 8:4,10 9:17 10:18 12:12
17:10,23,23,25 20:13 25:22
25:23,24 26:2,4,8 30:4
month 28:4 34:8
months 6:17 14:25 15:5 16:3,8
16:14 17:15,19,24 18:2 23:7,9
23:14 31:12
Moore 17:4
more 7:3 12:10 19:4 21:18,18
23:14,22 24:22 26:5 29:19
MORENO 1:10
most 6:4 7:4 20:7
mother 4:22 28:12
mother's 4:23 5:18
MOTION 1:10
much 10:18 12:12 13:19 14:2
19:3,4 21:18 25:4 33:19,22
multiple 9:12
murder 27:16

**N**

name 19:9
narcoatste 20:20
narcotic 21:13
narcotics 21:1
National 14:18 15:4,11,21 16:2
16:7 23:19
necessary 32:16
need 26:18 33:19,21,22 34:4
neighborhood 9:5,6
neighbors 9:7
never 27:11
New 14:7 18:3,18

next 19:5 34:8
nice 5:1 9:5,6
nine 31:20
North 2:2 34:21
Northeast 1:14
note 18:20
nothing 26:15 30:16
noting 20:1
number 1:3 18:7
numbers 15:18

**O**

obtain 13:10
obtained 12:12
obtaining 17:1
obviously 14:5 16:22 19:23 23:2
26:19 32:4,15
occasions 13:25 18:3
occurred 5:18 27:15
off 11:17 15:22,24 23:13 25:19
office 1:14 8:12 10:10 21:19
30:14
official 2:1 21:21 34:20
officials 14:9,15,16 15:10 22:13
Oh 6:19 7:3 12:2 28:2 31:7
Okay 4:16 5:7 13:7,23 14:14
15:16,19,25 16:12 19:11,21
24:2 28:5 29:18 30:4 31:20
33:11,24 34:7
old 23:22 24:18
Oliva 1:17,17 4:10,10,15 5:1,3,9
5:12,14,22 7:1,5,7,9,12,21,25
8:6 9:5,8,18 10:19,24 11:8,11
11:13,17,23 12:2,6 13:21
15:24 19:10,21,22 23:10,12
23:16 24:11,16,20,23 25:1,5
25:20,23 26:11,19 27:2,22
28:6,17 29:6 30:18 31:3,9,14
31:18 32:1,3,10,1 33:12,15
34:10,12
one 9:16 10:2 11:14 15:8 16:6
17:3 18:1,15,21 20:23,25
21:17 22:17,17 27:22 32:6
only 11:3 12:9 13:8,25 20:25
21:3,10 22:20 23:2,12 24:3
25:7 32:6 33:20
open 4:1 13:15
operate 20:21,24 21:4,15
operated 14:5
operating 21:2
opinion 25:9
opposing 33:25
order 22:22 25:25
ordered 5:14
organizations 14:4
original 4:14 27:19
originally 4:4
orphanage 29:4,10
orphans 29:12
other 8:23 9:12,13 10:9 15:10
17:9 18:1 23:1,4,9
others 10:2 21:3 33:17
out 12:14 30:11 32:6,17 34:4
outside 32:21
outstanding 15:9
over 12:18 14:8 18:10,14,16
25:15 26:11 34:5,5
own 11:5 18:17 32:4
owns 9:8

**P**

Page 3:2,11,11
Pages 1:8
paid 8:7 9:17
paintings 9:25 11:20,20 13:6
Palace 27:7
part 7:17 11:5 19:24 28:12
32:22,25
partial 24:3

past 4:3 12:25
PASTOR-HERNANDEZ 2:1
34:19
Paul 1:21 4:12
paying 24:14
payments 20:24
Pembroke 1:19
Penn 29:6
people 5:17 7:10 9:24 10:7 11:21
11:25 19:3,14 22:12 25:2 27:9
32:5,8
percent 6:18 7:3 13:12 15:2,7,24
18:5,6,25 19:18 23:6 24:4,5,8
25:6,8,9 31:11
percentage 24:7
Petruzzi 1:21 4:12,13,15
photograph 7:20
Pines 1:18,19
plain 23:22 24:18
Plaintiff 1:5
plead 5:21 6:1
pled 6:3,4 7:13 17:24 31:17
pocket 21:14
point 7:18 9:9 14:6 21:6 25:24
27:4
police 6:11 11:14 14:18 15:4,11
15:21 16:2,7 23:19,21 30:8,12
politicians 20:20
poor 5:15
Port-au-Prince 15:5 17:11 20:4
32:18
positions 19:4,14
possession 9:19
post 30:14
Powerball 26:2,4
powerful 9:4
prepared 6:24
presentation 19:24
presented 19:25
President 6:11 14:23 19:6 22:7
33:3,6
press 22:4 28:1,2
pressure 22:6
Pretty 13:19
primarily 18:7
probable 22:25
probably 20:19 26:18 32:5
problem 30:18 33:24 34:12
proceeded 20:13
proceedings 1:10 4:1 34:17
proceeds 12:25
procured 22:17,20,23 23:2
profits 20:12,15
properly 25:17
properties 11:9
proposed 20:17
proposition 24:17
prosecute 16:24 18:10
prosecuted 9:13 14:12 17:10
27:19
prosecutions 16:20 17:2 18:24
prosecutors 27:19
protection 21:2 32:4
proud 19:16
provided 11:2,5,19 14:2 18:12
18:23 21:15,18 27:5,7,9
providing 20:21
public 13:14 34:3
purpose 13:10
purposes 20:19
put 11:18
p.m 4:1 34:13

**Q**

quality 10:3
Query 9:2
question 5:23
quick 22:2
Quiet 18:8

quite 31:15

**R**

R 34:15
ran 25:2,2
ranking 14:9,16
rather 21:14 32:3
reached 20:12
read 4:20,24 5:7
real 10:1 11:9
really 22:1 32:6
reason 25:10
rebuilt 29:5
recall 7:9 10:20 15:2 16:6 24:7
receive 16:6 24:3,4
received 3:9 14:24 15:22 17:14
17:19 18:25 19:18 23:5,21,25
Recherche 27:2
recollection 24:9
recommendation 25:6
record 13:14 34:3
records 33:21
recover 11:20 26:8
reduce 6:15 31:11
reduced 15:12
reduction 6:18 15:7 18:25 19:18
23:6 24:4
reductions 18:17
refers 26:19
regard 7:18 20:10
regarding 25:16
regulations 33:8
relative 12:15,17
relief 12:5
remaining 20:14
remains 18:4
remember 7:20 13:3,5 26:6 28:8
remind 8:4
Rene 4:17
reported 2:1 22:2,3,5
Reporter 2:1 34:20
Reporter's 3:4
representative 10:21 22:12
25:25
Republic 20:18
resident 31:22
respect 24:11,14,15
respectfully 24:16
restore 22:11
retired 20:2
return 20:24
reviewed 25:13
right 5:8,21 6:13 9:22 19:5
24:10 28:18 29:18 30:20,25
33:7,11,13,19
Rojas 1:17
role 23:21,25
room 31:13
routes 14:4
RPR 2:1 34:19
Ruben 1:17 4:10
Rudy 23:12 24:11,17,20
ruins 29:1,1
rule 1:10 15:5,21 18:2 20:16
34:7
run 25:2
rush 30:25
rushing 14:22

**S**

same 10:3 21:3,10,23 23:4 33:7
sat 10:24
satisfied 8:11 12:9 13:9
satisfy 10:9
saw 27:13
saying 23:24
says 4:21 5:7 24:13,14
school 8:21
sealed 34:4

Sean 29:6
Secret 27:8
Secretary 33:2
secure 16:19
security 14:17,23 15:9,15 17:11
    17:14 19:6,13 27:7 32:24 33:2
    33:9
see 14:21 15:17 31:1 32:14
seem 30:1
seen 27:11
seize 13:6 18:14
seized 9:25 10:13,14 11:9,23
    26:11
sell 9:7
senator 16:13
send 27:24
sent 4:23 11:3 32:17
sentence 6:15 15:23 17:15,19
    18:4,4 23:8,25 24:18
sentenced 5:20 7:16 15:5 16:3,8
    16:14 17:3,24 18:1 25:11 31:4
sentences 14:20 15:13
sentencing 21:9 25:14
serious 30:19
service 8:14 18:12 27:8
seven 17:2
several 8:23
Shaker 26:7
share 4:25
Shirley 30:23
sic 21:13
significant 17:23 23:19,25
similar 19:20
similarly 18:20 19:1,20
since 4:24 7:21 28:24
single 7:21 9:20 22:24
sir 4:15
sister 4:21
situated 18:20 19:1
sold 10:16 30:2
some 12:20 13:3,6 17:9 19:3
    22:20 25:16,17 29:9 32:10,11
    33:15
somehow 24:17
something 9:16 22:15 26:1,22
    28:13 29:10,21
son 27:17
sorry 4:22 25:20 28:13 34:11
sources 22:3
South 14:7 28:18 30:11
Southern 1:1 21:19
speak 13:15
speaking 8:3
Special 20:2 28:20
specific 11:12 29:20
specifically 14:9 17:3 23:20
specifics 8:20 12:10 13:10
speculate 30:6
speculation 28:11
spent 10:10
spoken 13:21
spouse 17:12,18
start 20:1
started 32:7
state 29:16
stated 18:18 29:7
statement 4:24 30:13
States 1:1,4,11,14 2:1 4:2,3,8
    7:23 12:22 14:6,11,13 20:18
    21:24 22:6,11 24:24 26:3,13
    31:22 32:16 34:20
status 9:12
step 21:5,6
steps 32:16
Steven 22:9
still 9:4 21:6 25:7 26:2 32:11
Street 1:14,22
stuff 6:12
subsequently 23:3

substantial 7:15
success 19:16
successful 8:23 16:20 17:2 18:24
successfully 16:23 18:9
succession 22:3
suggesting 23:15 30:10
suggestion 29:4
Suite 1:18,22 2:2 34:21
summary 22:16
sundry 10:7
suppose 12:23
sure 10:17 15:3 21:20 26:1,6
    27:3 30:7 32:17 33:25
surrendered 13:1
surrounding 28:1

T

T 34:15,15
table 3:1 4:11
take 6:25 14:22 19:15 30:24
    32:16
taken 12:18
talking 19:8,8
taxes 21:12
team 33:7
tell 6:21 7:2 12:24 13:12,20 22:4
    24:20 30:15 33:22
terms 20:16,16
testified 15:9
testify 17:5,8 18:23
Thank 19:22 34:9,10
their 5:18 10:25 13:1 14:4,19
    15:17 18:17 19:8 20:22 21:13
    22:17,20,23 23:2,3 27:4 29:11
    29:14
Therassan 23:12 24:12,17,21
    26:19
thieves 10:8
thing 5:11 27:17 29:10 30:19
    32:7
things 8:20 29:17 30:1
think 4:20,25 5:15 7:8 9:8 11:16
    13:22 15:14 16:15,18 18:12
    22:8,15 25:6,8 26:18 29:18
    30:24 31:10,13
third 15:22 23:12 32:1,2
thorough 11:4
though 17:25
three-quarters 32:8
through 11:1
time 7:21 10:11 11:15 14:1,22
    18:11,22 20:18 22:7 23:22
    25:10,11,14,1 4 28:25 33:19
    33:22
title 22:9
today 20:1 27:13 28:4
told 12:9,20 13:8 28:6 29:1
tomorrow 26:1,3
total 28:11
totally 26:22
tough 29:17
trafficker 19:2
traffickers 17:3,9 18:1,10,15,21
    20:23 21:1,10,13,14
trafficking 14:4 19:19 20:21
    21:22
transcription 34:17
transcripts 25:13
trans-shipment 14:6
tremendous 18:12,23
trial 5:21 6:2 7:12 16:22 17:4
trials 15:10
tried 4:4
triggered 21:16
truck 11:18
true 5:12,13 9:18 20:19
turn 8:13 21:17 23:2 25:15
turned 12:3 18:15 26:11
turning 8:23

turns 26:1
two 15:10 18:2,2 33:23
type 29:9
typically 12:25

U

unable 10:8 16:23
under 21:2 30:8 33:2
understand 8:22 10:13,19
understanding 8:2 9:1 10:6
    28:19
understood 21:8
unit 20:7
United 1:1,4,11,14 2:1 4:2,3,8
    7:23 12:22 14:6,11,12 20:18
    21:24 22:6,11 24:24 26:3,13
    31:21 32:16 34:20
unknown 10:7
unrecognized 22:16
unsuccessful 8:17 29:11,14
until 14:2 34:7
upset 32:5
use 28:22
used 9:14
using 28:25
usually 5:17
U.S 21:19 22:10 34:20

V

Valme 11:16
value 13:6
various 10:7 14:18
version 14:19 26:20 27:4,6
versus 4:3
very 4:22 6:13 14:9 19:16 29:8
    31:8 32:5
veteran 5:19
victim 4:24 30:13
view 25:18
Vinson 26:6
vs 1:6

W

wait 34:11
want 6:15,21,23 7:3 9:7 11:7
    12:11,12,12 13:12 19:7 23:8
    26:5 30:2,7
wants 26:16
wasn't 20:25 21:13
watch 9:25
way 21:20 22:13 28:6 32:20
weeks 33:23
well 5:17 7:5,9 8:2,8,11 9:18,23
    10:4,8,24 11:11 13:5 14:4,15
    19:20 23:10,16 24:19 25:5
    27:13 28:16,23 30:16,25 31:1
    31:14,16 32:12,22 33:8
went 7:12 11:1,15 18:16 21:20
    25:12 29:8
were 4:1,14 6:11 7:10 8:12,16
    9:24 10:8 11:19 13:5 14:15
    15:12 16:10,23 18:14 19:4,5,5
    19:14,15 20:9,12,23 21:24
    22:6 25:10,16,17 29:11,14
    31:11
weren't 28:25
we'll 32:13
we're 6:18 13:22 19:16 26:8
    33:20
we've 30:16 31:12
whole 32:7
widely 22:2,3
wife 28:14
Wilkie 2:2 34:20
wins 26:2
wish 19:21
witness 17:5,6,7 22:20
wonder 9:2

word 19:19
work 21:11
worked 20:5 29:8
workings 14:3
worried 25:22 26:9
wouldn't 12:16 30:9 32:20
Wow 6:21 7:6

Y

yeah 5:9,16 6:4 27:16 29:21
    31:16 32:10
year 31:19
years 5:21,24 6:16 25:19,21 31:2
    31:12,20
York 14:7 18:3,18

1

1 1:8
1st 22:9
1241 1:22
13 31:12
13-3 1:5 2:2 34:21
15 8:4 10:10,21 13:9 20:13 25:19
    25:21,24
151 17:19
15800 1:18
162 31:11
169 1:22
178 16:8 23:7,9,14
18 31:9
1997 27:15

2

2 9:24 18:14
2:35 4:1
20 24:8
2003 31:4,9,18
2004 22:9
2012 1:7
206 1:18
21 1:7
27 5:21 6:16

3

3:10 34:13
300 9:25
305-373-6768 1:20
305.373.3832 1:24
305.373.6773 1:23
305.373.6868 1:19
305.523.5118 2:3 34:21
305.536.7213 1:16
305.961.9239 1:15
324 6:17
33 24:8
33027 1:19
33128 2:3 34:21
33131 1:23
33132 1:15
34 1:8 3:4
35 1:10 14:25 15:6,22 20:16
35's 18:2
35-month 14:24

4

4 1:14
400 2:2 34:21
46 15:24

5

5K 14:24 15:1,2 16:8 20:16
5K1 23:9
5K1.1 23:8
50 6:18 7:3 13:12 15:2,7 18:5,6
    18:25 19:18 23:6 24:4,5 25:5
    25:8,9 31:11
57 16:3

**6**

**60** 16:14 17:24 18:2
**62** 17:15

**7**

**75** 15:5
**75-month** 15:22

**9**

**97-6007-Criminal** 4:4
**97-6007-CR-MORENO** 1:3
**99** 1:14